United States Court of Appeals
Fifth Circuit

# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

**FILED**
April 12, 2007

Charles R. Fulbruge III
Clerk



No. 04-61102

D.C. Docket No. 1:03-CV-229
1:03-CV-157
1:03-CV-155
1:03-CV-604
1:03-CV-600
1:03-CV-290
1:03-CV-255
1:03-CV-228
1:03-CV-291
1:03-CV-20
1:03-CV-605
1:03-CV-171
1:03-CV-601
1:03-CV-158
1:03-CV-603
1:03-CV-602
1:03-CV-292
1:03-CV-623
1:03-CV-156
1:03-CV-239
1:03-CV-230
1:03-CV-227
1:03-CV-293
1:03-CV-606
1:03-CV-607
1:02-CV-790-SRO

JOSEPH FERRER

       Plaintiff - Appellant

v.

CHEVRON CORP

       Defendant - Appellee

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

KENNETH L GREEN

       Plaintiff - Appellant

v.

CHEVRON CORPORATION

       Defendant - Appellee

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CLAUDIA JOINER

```
                    Plaintiff - Appellant
     v.

CHEVRON CORPORATION

                    Defendant - Appellee
************************************************************
MARGARET STANTON

                    Plaintiff - Appellant
     v.

CHEVRON CORPORATION

                    Defendant - Appellee
************************************************************
JERRY A SCOTT

                    Plaintiff - Appellant
     v.

CHEVRON CORPORATION

                    Defendant - Appellee
************************************************************
PHYLLIS SMALL

                    Plaintiff - Appellant
     v.

CHEVRON CORPORATION

                    Defendant - Appellee
************************************************************
EDWARD J MURRAY III

                    Plaintiff - Appellant
     v.

CHEVRON CORPORATION

                    Defendant - Appellee
************************************************************
TRULA S DIXON

                    Plaintiff - Appellant
     v.

CHEVRON CORPORATION

                    Defendant - Appellee
************************************************************
HUBERT N COPELAND

                    Plaintiff - Appellant
     v.

CHEVRON CORPORATION
```

```
                Defendant - Appellee
********************************************************
```
GERALD D HOAG

        Plaintiff - Appellant

v.

CHEVRON CORPORATION

        Defendant - Appellee

```
********************************************************
```
CHESTER R SCOTT

        Plaintiff - Appellant

v.

CHEVRON CORPORATION

        Defendant - Appellee


Appeals from the United States District Court for the Southern District of Mississippi, Gulfport.

Before GARWOOD, BENAVIDES, and OWEN, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendant-appellee the costs on appeal to be taxed by the Clerk of this Court.


ISSUED AS MANDATE:


                                              A True Copy
                                               Attest

                                Clerk, U.S. Court of Appeals, Fifth Circuit
                                By: _____
                                      Deputy    MAY 0 4 2007

                                New Orleans, Louisiana